IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOAQUIN A. COLONDRES-PUIG, et al.,
**Plaintiffs**

v.                                              CIVIL NO. 05-1830(DRD)

CITIGROUP, INC., et als.,
**Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed: 09/02/03** <br> **Docket #84** <br> [X] **Plaintiff** <br> [X] **Defendant** <br> **Title:** Motion for Voluntary Dismissal With Prejudice | **GRANTED.** Parties in this case reached a settlement agreement. Because both Plaintiffs, Jose A. Colondres-Puig, and Rosa Elena Torres-Vazquez, and the conjugal partnership constituted amongst them, and Defendants, Citigroup, Inc.. Citibank, N.A. de Puerto Rico, et al., have appeared and requested dismissal, the Court hereby **grants** their request, pursuant to Fed.R.Civ.P. 41(a)(1)(ii). As stipulated by the parties, each party shall bear their own costs, expenses and fees, and the judgment to be entered shall be final and unappealable from the moment it is entered. Therefore, plaintiff's claims are hereby **DISMISSED** against all the defendants **WITH PREJUDICE**. **Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 13th day of February 2006.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE